USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 1019 (SHS) |
| -against- | : | ORDER |
| DANIEL AYALA, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the pretrial conference held in this matter on November 20, 2007, the Court set December 21, 2007 at 9:30 a.m. for the next conference, at which time the defense would state whether or not it intends to file motions. The government appeared in Courtroom 23A at 9:30 on December 21, but neither defendant nor defense counsel appeared.

    IT IS HEREBY ORDERED that a pretrial conference will be held on January 3, 2008, at 2:30 p.m.

Dated: New York, New York
       December 21, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.