

**JAMES T. MORIARTY ESQ.**
489 Fifth Ave., 19th Fl.
New York, N.Y. 10017
Tel. [646] 487-1940
Fax [646] 487-0036

BY FAX [212] 805-7924

**MEMO ENDORSED**

March 21, 2008,

Hon. Sidney H. Stein, U.S.D.J.
500 Pearle St
New York, New York,

       Re: United States v. Daniel Ayala
         07 Cr. 1019 (SHS)

Dear Judge Stein,

 I write to request a temporary modification of my client's bail condition. Presently he is released on a personal recognizance bond with a travel restriction to the Southern and Eastern Districts of New York. He is scheduled to enter a plea in the above captioned case before this court on Monday March 24, 2008.

 Mr. Ayalla has asked to be able to attend a wedding for a family member which is being held Saturday, March 22, 2008 in Willimantic, Connecticut. He would like to leave later today, attend the wedding on Saturday and return on Sunday, March 23, 2008. I have advised government counsel of this request and Mr. O'Neal has indicated that the government has no objection to this request.

 The reason I make the request to this court is because Mr. Ayalla's pre-trial officer has indicated that I should do so.

 My client and I appreciate the court's considering this application.

           Very truly yours,

           James T. Moriarty

cc: AUSA David O'Neal [212] 637-2387

3/21/08
So Ordered
Sidney H. Stein
U.S.D.J.