```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :             **WAIVER OF INDICTMENT**

DANIEL AYALA,                   :             S1 07 Cr. 1019 (SHS)
    a/k/a "Danny,"
                                :
            Defendant.
                                :

                                :
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841, 846, and 853, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    DANIEL AYALA

                                    _____
                                    James T. Moriarty, Esq.
                                    Attorney for DANIEL AYALA

            Witness:  _____

Date:   New York, New York
        March 25, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: