

JAMES T. MORIARTY ESQ.
ATTORNEY AT LAW
489 FIFTH AVE.
NEW YORK, N.Y. 10017
TELEPHONE 646-372-0450



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

BY FAX [212] 805-7924

Aug. 15, 2008

Hon Sidney H. Stein, U.S.D.J.
500 Pearle St.
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Ayala
07-Cr. 1019 [SHS]

Dear Judge Stein,

I write to request that my client Daniel Ayala be permitted to travel outside of the Southern District of New York for to Great Wolf Lodge, 1 Great Wolf Drive, Pocono Pa., 18355 for a weekend beginning August 15, 2008 to Sunday August 18, 2008 for purposes of his son's birthday.

On Wednesday I received a call from the government, A.U.S.A, David O'Neal advising that he has no objection to this application.

My return fax number is 631-324-2324.

Very truly yours,

James T. Moriarty

SO ORDERED 8/15/08

SIDNEY H. STEIN
U.S.D.J.